### BILL MOORE v. THE STATE.

No. 5658.    Decided January 28, 1920.

**Misdemeanor Theft—Notice of Appeal—Practice on Appeal.**

Where the record, on appeal from a conviction of misdemeanor theft, failed to contain a notice of appeal, the appeal must be dismissed on motion of the State. Following: Narsingle v. State, 146 S. W. Rep., 934.

Appeal from the County Court of Collin. Tried below before the Hon. R. L. Moulden, judge.

Appeal from a conviction of misdemeanor theft; penalty, one year confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.— Cited: Stuart v. State, 57 Texas Crim. Rep., 592, 123 S. W. Rep., 590; Narsingle v. State, 146 S. W. Rep., 934.

LATTIMORE, Judge.—In this case the appellant was convicted in the County Court of Collin County, of the offense of petty theft, and his punishment fixed at confinement in the county jail for a term of one year.

The Assistant Attorney General has filed a motion to dismiss the appeal in this case, because of the fact that the record contains no notice of appeal. An inspection of the record shows that the ground of this motion is well taken. Narsingle v. State, 146 S. W. Rep., 934.

The State's motion is sustained, and the appeal is dismissed.

*Dismissed.*